CORNELIUS HUNT, Respondent, v. BURTON F. KREYER, Appellant.—

Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Scott, Smith and Page, JJ.